Fink, for appellant. Leventritt & Brennan, for respondent.

PER CURIAM. Reargument ordered.

LEVENTRITT, J., takes no part.

FISHER, Respondent, v. NASH. Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Margaret E. Fisher against Timothy Nash. No opinion. Order denying motion to vacate judgment reversed, with $10 costs and disbursements, and motion granted, with $10 costs, upon the opinion of Laughlin, J., in case between same parties on appeal from order in contempt proceedings. (Sup.) 62 N. Y. Supp. 646.

FISHER, Respondent, v. NEW YORK. W. & C. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 16, 1900.) Action for an injunction by William J. Fisher against the New York, Westchester & Connecticut Traction Company. From an order continuing an injunction pendente lite, defendant appeals. Reversed, and injunction dissolved. James C. Church, for appellant. Alexander Cameron, for respondent.

PER CURIAM. This case is in all respects like the Bellew Case against this defendant (Sup.; 62 N. Y. Supp. 242), except that the consent which was given in this case was so given by plaintiff's grantor. This consent, so far as the plaintiff is concerned, conferred upon the defendant the legal right to construct its railroad, and the plaintiff is bound thereby. For this reason the order should be reversed, and the injunction dissolved.

Order reversed, and injunction dissolved, with $10 costs and disbursements.

FITZGERALD BROS. BREWING CO., Appellant, v. FINNERTY, Respondent. (Supreme Court, Appellate Term. February 23, 1900.) Action by the Fitzgerald Bros. Brewing Company against Daniel Finnerty. Judgment for defendant, and plaintiff appeals. Reversed. Lyman W. Redington, for appellant. John Callahan, for respondent.

PER CURIAM. This was an action to recover a deficiency arising under the foreclosure of a chattel mortgage. The proof clearly established the execution and delivery of the mortgage, default, sale under the mortgage, and resulting deficiency. At the close of the entire case, defendant moved for judgment on the ground there was no proof of a sale under the mortgage. There was nothing in the case, however, to justify this contention. That a sale took place is clearly established by uncontradicted evidence. The judgment rendered in favor of the defendant is without proof to support it, and must be reversed. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

FITZPATRICK, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 19, 1900.) Action by Emma Fitzpatrick against the Press Publishing Company. J. W. Gerard, Jr., for appellant. O. B. Thomas, for respondent. No opinion. Judgment affirmed, with costs,

62 N.Y.S.—72

with leave to the defendant to withdraw demurrer, and answer, on payment of costs in this court and in the court below.

FLEMING, Respondent, v. BUSWELL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 16, 1900.) Action by Fred Fleming against Charles H. Buswell and others. No opinion. Judgment and order affirmed, with costs. See 57 N. Y. Supp. 230.

FOX v. MAYS. (Supreme Court, Appellate Division, First Department. January 12, 1900.) Action by Ella J. Fox against Julia Mays. No opinion. Motion denied, with $10 costs. See 61 N. Y. Supp. 295.

FRANK, Respondent, v. CLAUSS, Appellant. (Supreme Court, Appellate Division, Second Department. February 2, 1900.) Action by Bertha Frank against Wilhelmina Clauss. No opinion. Judgment of the county court of Rockland county affirmed, with costs.

In re FRIES. (Supreme Court, Appellate Division, Fourth Department. January 30, 1900.) In the matter of Anna A. C. Fries, a lunatic. No opinion. Appeal dismissed, with costs.

FRIES et al., Appellants, v. PLAUT et al., Respondents. (Supreme Court, Appellate Division, First Department. January 19, 1900.) Action by Albert Fries and another against Albert Plaut and another. J. A. Engelhart, for appellants. F. W. Hinrichs, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

GEARON v. GREENE et al. (Supreme Court, Appellate Division, Second Department. January 23, 1900.) Action by Artlissa V. Gearon against Ella V. Greene and Maria S. Dunkin, impleaded. No opinion. Application to resettle order denied. See 52 N. Y. Supp. 1013.

GENEVA MINERAL SPRINGS CO., Limited, v. COURSEY. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by the Geneva Mineral Springs Company, Limited, against Stephen Coursey, impleaded, etc. No opinion. Motion for reargument denied, with $10 costs. See 61 N. Y. Supp. 98.

GERMAN–AMERICAN BANK OF TONAWANDA, Appellant, v. BUSCH, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by the German-American Bank of Tonawanda, N. Y., against Fred Busch. No opinion. Motion to dismiss appeal granted, with costs of the appeal, but without costs of this motion.

GIBBONS v. BRUSH ELECTRIC ILLUMINATING CO. (Supreme Court, Appellate Division, First Department. February 16, 1900.) Action by Peter Gibbons against the Brush Electric Illuminating Company. No opinion. Motion granted, with $10 costs. See 55 N. Y. Supp. 378.